# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2025

No. 25-20336    USA v. Haim
                USDC No. 4:24-CR-298-1

Dear Counsel:

The court has requested that the parties submit either simultaneous letter briefs or a joint letter by October 15, 2025.

The filing(s), which should not exceed five pages, should specify what sensitive information-in addition to unredacted personal health and other identifying information-should remain covered by the protective order. For example, any grand jury material should be remain covered by the protective order pursuant to Federal Rule of Criminal Procedure 6(e), unless the parties are prepared to make the necessary showing.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

cc:
    Ms. Marcella Colbert Burke
    Mr. Daniel Hu
    Mr. Gene C. Schaerr
    Mr. Edward H. Trent