# SCHAERR
## JAFFE LLP

October 20, 2025

*Via ECF*

Mr. Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:   *United States v. Haim*
              No. 25-20336
              Unopposed Level One Extension Request

Dear Mr. Cayce:

Pursuant to 5th Circuit Rule 31.4.3.1 Appellant hereby requests a Level One Extension of thirty days, from the current due date of October 27, until November 26, to file his opening brief. Counsel for the Appellee does not oppose this request.

This extension is necessary due to the pending Motion for Summary Reversal filed on September 25, 2025, Dkt. 25. The Court requested supplemental joint briefing on this motion, Dkt. 33, which was submitted on October 15, 2025, Dkt. 35. The granting of an additional thirty days

**GENE C. SCHAERR** | PARTNER
Office: (202) 787-1060
Email: gschaerr@schaerr-jaffe.com

**SCHAERR | JAFFE** LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

may allow the Court time to rule on the pending motion, possibly bringing this appeal to an end.

Accordingly, Appellant respectfully requests the Court grant a Level One Extension allowing his opening brief to be due on November 26, 2025.

Respectfully submitted,

Gene C. Schaerr
*Counsel for Appellant*

cc's via ECF: All Counsel of Record